UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WAYNE ROGERS, | : | |
| Plaintiff, | : | CASE NO. 3:16-cv-457 (MPS) |
| | : | |
| v. | : | |
| | : | |
| HINES, et al., | : | |
| Defendants. | : | JULY 13, 2016 |

RULING AND ORDER

The plaintiff has filed a motion seeking to correct the name of one defendant. He now states that the correct name of the Deputy Warden is Gerald Hines, not Gregory Hines as stated in the complaint.

The plaintiff's motion [ECF No. 23] is GRANTED.

The Clerk shall verify the current work address of Gerald Hines with the Department of Correction Office of Legal Affairs, and mail a waiver of service of process request packet including the amended complaint to him at the confirmed address within twenty-one (21) days from the date of this Order. The Clerk shall report to the court on the status of that waiver request on the thirty-fifth (35) day after mailing. If the defendant fails to return the waiver request, the Clerk shall make arrangements for in-person service by the U.S. Marshals Service on the defendant in his individual capacity and he shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

**SO ORDERED** this 13th day of July 2016 at Hartford, Connecticut.

/s/
Michael P. Shea
United States District Judge